CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2011

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.** 7:11CR59 |
| **v.** | : | |
| | : | **Violations:** 21 U.S.C. § 841(a)(1) |
| **JASON SCOTT SURBER** | : | 21 U.S.C. § 858 |
| | : | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about March 23, 2011, in the Western District of Virginia, the defendant, JASON SCOTT SURBER, knowingly and intentionally manufactured a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

The Grand Jury charges that:

3. On or about March 23, 2011, in the Western District of Virginia, the defendant, JASON SCOTT SURBER, while manufacturing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), created a substantial risk of harm to human life.

4. All in violation of Title 21, United States Code, Section 858.

A True Bill this 4th day of August, 2011.

GRAND JURY FOREPERSON

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY