# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA
V.

JASON SCOTT SURBER

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: DVAW711CR000059-001

Case Number:

USM Number: 16139-084

Randy Cargill, FPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) as listed of the term of supervision.

☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | On June 10, 2022, Surber reported to the probation office and submitted a urine sample which tested positively for amphetamines, methamphetamine, and marijuana. Surber admitted to the probation officer that he had used previously on or about June 9, 2022. This was Surber's fourth positive drug screen. Surber was referred to the Drug Treatment Court. | 6/10/2022 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 3720

Defendant's Year of Birth: 1977

City and State of Defendant's Residence:
Pulaski, Virginia

1/26/2023
Date of Imposition of Judgment

Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2023.01.27 09:19:52 -05'00'

Signature of Judge

Michael F. Urbanski, Chief United States District Judge
Name and Title of Judge

1/27/2023
Date

DEFENDANT: JASON SCOTT SURBER
CASE NUMBER: DVAW711CR000059-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #7 | On June 10, 2022, Surber reported to the probation office and submitted a urine sample which tested positively for amphetamines, methamphetamine, and marijuana. Surber admitted to the probation officer that he had used previously on or about June 9, 2022. This was Surber's fourth positive drug screen. Surber was referred to the Drug Treatment Court. | 6/10/2022 |

DEFENDANT: JASON SCOTT SURBER
CASE NUMBER: DVAW711CR000059-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before ______ on ____________
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

a ____________ , with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL